IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Graham, Lakisha | Case Number: 06 B 01049 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 2/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 11, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,651.00 | |
| Secured: | | 5,550.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,531.91 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 569.09 |
| Other Funds: | | 0.00 |
| Totals: | 10,651.00 | 10,651.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 5,096.56 | 3,750.00 |
| 4. | GMAC Mortgage Corporation | Secured | 3,796.36 | 1,800.00 |
| 5. | Internal Revenue Service | Priority | 5,678.08 | 1,531.91 |
| 6. | Internal Revenue Service | Unsecured | 1,495.48 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,855.47 | 0.00 |
| 8. | University Surgeons | Unsecured | 51.14 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 7,007.18 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 900.62 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 446.83 | 0.00 |
| 12. | Carsons | Unsecured | | No Claim Filed |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| 14. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| 15. | US Cellular | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | West Asset Management | Unsecured | | No Claim Filed |
| 18. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| | | | $ 29,327.72 | $ 10,081.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Graham, Lakisha | Case Number:  06 B 01049 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  2/7/06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 78.70 |
| 5% | 51.75 |
| 4.8% | 141.37 |
| 5.4% | 212.77 |
| 6.5% | 84.50 |
| | $ 569.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

